No. 90–6973. SCANLAN v. SAN FRANCISCO COUNTY DEPART-
MENT OF SOCIAL SERVICES. Ct. App. Cal., 1st App. Dist. Cer-
tiorari denied.

No. 90–6977. GLOVER v. MARSH, SECRETARY OF THE ARMY.
C. A. 4th Cir. Certiorari denied.

No. 90–6982. WILLIAMS ET UX. v. KANSTOROOM ET AL. Ct.
Sp. App. Md. Certiorari denied.

No. 90–6995. CROSS ET AL. v. UNITED STATES. C. A. 11th
Cir. Certiorari denied.

No. 90–7003. PETERS v. OHIO. Ct. App. Ohio, Cuyahoga
County. Certiorari denied.

No. 90–7004. PIERCE v. UNITED STATES. C. A. 6th Cir.
Certiorari denied.

No. 90–7007. WAGSTAFF-EL v. CARLTON PRESS CO. ET AL.
C. A. 2d Cir. Certiorari denied.

No. 90–7021. BROWN v. UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 90–7028. KEITH v. UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 90–7029. JOSEPH v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 90–7035. REYES v. UNITED STATES. C. A. 2d Cir. Cer-
tiorari denied.

No. 90–7037. CAMPOS v. UNITED STATES. C. A. 5th Cir.
Certiorari denied.

No. 90–7041. TRAVERS v. UNITED STATES. C. A. D. C. Cir.
Certiorari denied.

No. 90–7047. STEWART v. UNITED STATES. C. A. 5th Cir.
Certiorari denied.